# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

JOSE QUINTANA,

        Petitioner,

    v.

ADMINISTRATOR, et al.,

        Respondents.

Civ. No. 13-7135 (KM)

**MEMORANDUM AND ORDER**

Petitioner, Jose Quintana, is a state prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. In an Order entered February 6, 2015, this Court ordered the Clerk to send Mr. Quintana a blank copy of an application to proceed *in forma pauperis* by a prisoner in a habeas corpus case. (*See* Dkt. No. 7.) Mr. Quintana indicates in a recent filing that he never received a copy of the blank form. (*See* Dkt. No. 9-1 at p. 6.) Thus, the Court will order the Clerk to send Mr. Quintana another blank *in forma pauperis* form.

Accordingly, IT IS this 14th day of May, 2015,

ORDERED that the Clerk shall send petitioner by regular U.S. mail a blank copy of an application to proceed *in forma pauperis* by a prisoner in a habeas corpus case.

KEVIN MCNULTY
United States District Judge